**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYDRODYNAMIC INDUSTRIAL CO LTD.,<br><br>          Plaintiff,<br>   v.<br>GREEN MAX DISTRIBUTORS, INC.,<br><br>          Defendant.<br><br>GREEN MAX DISTRIBUTORS, INC.,<br><br>          Counterclaimant,<br>   v.<br>HYDRODYNAMIC INDUSTRIAL CO LTD.,<br><br>          Counterdefendant. | Case No. 2:12-cv-05058-ODW (JEMx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT CONFERENCE** |

      On October 2, 2012, the Court issued the Scheduling and Case Management Order in this case. (ECF No. 14.) In the Order, the Court set the last date to conduct the mandatory settlement conference for September 9, 2013. As of this date, the parties have not have not filed a settlement status report with this Court.

      Participation in the settlement conference is mandatory. L.R. 16-15.1. On September 10, 2013, the Court granted the parties' request to change their ADR

selection. (ECF No. 67.) But this does not discharge the parties' duty to timely conduct the mandatory settlement conference in compliance with the Court's Order.

The Court therefore **ORDERS** the parties to **SHOW CAUSE**, in writing, by **Monday, September 30, 2013**, why they have not participated in the mandatory settlement conference ordered by this Court. No hearing will be held. Failure to timely respond may result in either dismissal for lack of prosecution, or entry of default against defendant. Failure to comply with the Local Rules in the future may subject the parties to sanctions at the Court's discretion under Local Rule 83-7.

**IT IS SO ORDERED.**

September 26, 2013

_____
**HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**