# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hydrodynamic Industrial Co Ltd,<br><br>PLAINTIFF(S)<br>v.<br>Green Max Distributors Inc et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-05058-ODW(JEMx)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

  This action came on for jury trial, the Honorable  Otis D. Wright, II  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

  IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Hydrodynamic Industrial Co Ltd

recover of the defendant(s):

Green Max Distributors Inc et al.

the sum of  to be determined at a later date , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of  to be determined at a later  date.

Clerk, U. S. District Court

Dated:  May 9, 2014

By  S. English
  Deputy Clerk

At: _____

cc: *Counsel of record*

CV-49 (05/98)       **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**