**O**

# United States District Court
# Central District of California

| | |
|---|---|
| HYDRODYNAMIC INDUSTRIAL CO. LTD., <br><br>             Plaintiffs, <br><br>     v. <br><br> GREEN MAX DISTRIBUTORS, INC., <br><br>             Defendants | Case No. 2:12-cv-05058-ODW(JEMx) <br><br> **ORDER TO SHOW CAUSE RE SETTLEMENT.** |

On June 16, 2014, the parties informed the Court that they have reached a settlement in this action. The Court therefore **VACATES** all outstanding dates in this action. Hydrodynamic Industrial Co. Inc.'s Motion for Attorneys' Fees is **DENIED AS MOOT**. (ECF No. 155.) The parties shall promptly file a notice of settlement on the docket per Local Rule 40-2. The Court further **ORDERS** the parties **TO SHOW CAUSE** in writing by **Monday, July 14, 2014**, why they have not finalized settlement. No hearing will be held; the parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal.

**IT IS SO ORDERED.**

June 19, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**