**O**

# United States District Court
# Central District of California

| | |
|---|---|
| HYDRODYNAMIC INDUSTRIAL CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> GREEN MAX DISTRIBUTORS, INC., <br><br> Defendants | Case No. 2:12-cv-05058-ODW(JEMx) <br><br> **ORDER ENTERING PERMANENT INJUNCTION AGAINST GREEN MAX DISTRIBUTORS, INC.** |

The Court ORDERS that a permanent injunction is hereby entered against Defendant Green Max Distirubtors, Inc., as follows,

1. Green Max, its officers, owners, partners, employees, agents, assigns and representative are hereby enjoined from any and all infringing activities, including making, using, selling, offering for sale, or importing into the United States any infringing sea scooters;

2. Green Max, its officers, owners, partners, employees, agents, assigns and representative are hereby enjoined from copying and selling Plaintiff Hydrodynamic Industrial Co. Ltd.'s copyrighted user manual;

3. Green Max will confirm within (90) days of the entry of this order that all inventory of infringing sea scooters and user manuals have been destroyed; and

4. Green Max is hereby given notice that violation of any of the terms of this Order may be considered contempt of court.

**IT IS SO ORDERED.**

June 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**