1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

HYDRODYNAMIC INDUSTRIAL
CO. LTD.,

                    Plaintiff,

        v.

GREEN MAX DISTRIBUTORS,
INC.,

                    Defendants.

Case No. 2:12-cv-05058-ODW(JEMx)

**ORDER DENYING JOINT
STIPULATION [162] AND
CONTINUING ORDER TO SHOW
CAUSE [160]**

On June 26, 2014, the parties filed a Joint Stipulation to Enforce the Settlement Agreement.  (ECF No. 162.)  The parties indicate that certain settlement acts must be completed, including a final payment of settlement funds, before they will file a notice of dismissal.  The parties note that the final settlement payment will be completed in September 2015.  (*Id.*)

The parties request that this case tarry on the docket for over a year while they finalize their settlement.  The Court understands that Hydrodynamic wants to protect its legal rights in case Green Max breaches the settlement agreement.  But breach of a settlement agreement gives rise to a separate claim—one distinct from the underlying

merits of this action.  *See Sharpe v. F.D.I.C.*, 126 F.3d 1147, 1153 (9th Cir. 1997) ("It is beyond cavil that this failure to perform the express terms of the settlement agreement is a breach.").  The parties therefore have an adequate, independent remedy to address any potential breach.

The Court **DENIES** the parties' Joint Stipulation.  The Court **ORDERS** the parties file a settlement report by **Monday, August 28, 2014**.  *See* L.R. 16-15.7. Further, the Court orders the parties to show cause by **Friday, September 5, 2014**, why settlement has not been finalized.  No hearing will be held.  The Court will discharge this order upon filing of a notice of voluntary dismissal or proposed dismissal order.

**IT IS SO ORDERED.**

August 21, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**